## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Vera M. Scanlon         DATE:   5/20/24

DOCKET NUMBER:   24CR206(NCM)         LOG#: 2:55 - 3:14

DEFENDANT'S NAME:   Halima Salman
✓ Present   ___ Not Present      ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Samuel Jacobson
✓ Federal Defender   ___ CJA   ___ Retained
Andrew Reich +

A.U.S.A:   Amanda Shami         CLERK:   Felix Chin

INTERPRETER: _____   (Language) _____

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

- ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ___ Defendant advised of bond conditions set by the Court and signed the bond.
- ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued. Bail Hearing set for _____
- ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ✓ Order of Excludable Delay/Speedy Trial entered.   Start 5/20/24   Stop 6/18/24
- ✓ Rule 5f warnings given to the govt.   ___ Medical memo issued.
- ___ Defendant failed to appear, bench warrant issued.
- ✓ Status conference set for 6/18/24 @ 10:30 before Judge Merle

Other Rulings: _____