# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 6, 2026

By ECF and Email
The Honorable Natasha C.
Merle United States District
Judge Eastern District of New
York 225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>United States v. Halima Salman</u>, 24-cr-206 (NCM)

Dear Judge Merle:

We write to respectfully request that Ms. Salman's conditions of release be temporarily modified so that she may attend a live animal exhibit at a local nature center[1] on Saturday, May 9, 2026 with her family. May 9, 2026 is "New Hampshire Day," where the nature center provides a heavily discounted rate to New Hampshire residents for trail admission. The Salman family has been invited to attend the event as a field trip through a local homeschooling group that the younger children are part of. Their mother has requested to take all the children, including Halima, to assist on the field trip. They would attend from 2:30pm until 5:00pm. The nature center is about 30 minutes from their home, and they would travel directly there and back. Pretrial Services consents to this request. The government objects. We respectfully request the Court grant this motion.

Thank you for your consideration.

Respectfully Submitted,
_____/s/_____
Mia Eisner-Grynberg
Samuel Jacobson
*Counsel to Halima Salman*

cc:     all counsel of record (by ECF)
        U.S. Pretrial Services (by Email)

---

[1] The name and address of the nature center is known to, and approved by, Pretrial Services.