Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

October 2, 2026

**By ECF and Email**
The Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **United States v. Halima Salman, 24-CR-206 (NCM)**
Defense Challenges for Cause

Dear Judge Merle,

On behalf of Ms. Salman, we challenge the following prospective jurors for cause:

| | Juror Number | Disqualifying Answers on Juror Questionnaire |
|---|---|---|
| 1. | Juror #004 | 37, 39, 51, 52, 56, 57, 58, 29 |
| 2. | Juror #017 | 60, 61 |
| 3. | Juror #020 | 60 |
| 4. | Juror #021 | 30, 42, 51, 52, 56, 57, 58, 59 |
| 5. | Juror #023 | 31, 32, 33, 37, 40, 43, 51, 52, 57 |
| 6. | Juror #027 | 38, 56 |
| 7. | Juror #047 | 60 |
| 8. | Juror #048 | 33, 40, 59 |
| 9. | Juror #049 | 58 |
| 10. | Juror #054 | 60, 61 |
| 11. | Juror #057 | 60 |
| 12. | Juror #063 | 45, 53 |

| Juror Number | Disqualifying Answers on Juror Questionnaire |
|---|---|
| 13. Juror #069 | 38, 59, 60 |
| 14. Juror #070 | 61, 62 |
| 15. Juror #072 | 41, 43, 46, 53, 58 |
| 16. Juror #077 | 40, 57, 58 |
| 17. Juror #082 | 56, 58 |
| 18. Juror #091 | 46, 52, 61 |
| 19. Juror #092 | 40, 50, 51, 52, 57, 61, 62 |
| 20. Juror #093 | 47 |
| 21. Juror #098 | 1 |
| 22. Juror #107 | 57, 58, 59 |
| 23. Juror #110 | 1, 38, 39, 41, 62 |
| 24. Juror #116 | 33, 39, 40, 42, 45, 50, 51, 56, 57 |
| 25. Juror #123 | 41, 43, 46 |
| 26. Juror #154 | 52, 57, 58 |
| 27. Juror #156 | 57 |
| 28. Juror #167 | 30, 34, 39, 49, 50, 58 |
| 29. Juror #168 | 40 |
| 30. Juror #170 | 51, 59 |
| 31. Juror #171 | 50, 51 |
| 32. Juror #177 | 38 |
| 33. Juror #181 | 29, 37, 47, 51, 61 |
| 34. Juror #183 | Did not fill out questionnaire |

| Juror Number | Disqualifying Answers on Juror Questionnaire |
|---|---|
| 35. Juror #189 | 59 |
| 36. Juror #191 | 2, 38, 50, 59, 60, 61 |
| 37. Juror #197 | Did not fill out questionnaire |
| 38. Juror #199 | 38, 51, 52, 56, 57, 61 |
| 39. Juror #206 | 45, 51, 52, 56, 57, 58 |
| 40. Juror #212 | 38 |
| 41. Juror #214 | 60 |
| 42. Juror #215 | 59 |
| 43. Juror #218 | 38, 39, 40, 50, 51, 52, 56, 57, 58, 59 |
| 44. Juror #237 | 2, 45, 52, 60 |
| 45. Juror #238 | 1, 53, 54 |
| 46. Juror #266 | 40, 53, 57, 58, 61 |
| 47. Juror #267 | 34, 37, 38, 39, 41, 43, 48, 50, 51, 52, 53, 54, 56, 57, 58, 59, 60, 61 |
| 48. Juror #274 | 61 |
| 49. Juror #277 | 2, 60, 61 |
| 50. Juror #280 | 61 |
| 51. Juror #281 | 1 |
| 52. Juror #293 | 38, 39, 40, 51, 52, 56, 61 |
| 53. Juror #294 | 1 |
| 54. Juror #297 | 60, 61 |
| 55. Juror #298 | 2, 40, 51, 61 |
| 56. Juror #301 | 60, 61 |

| Juror Number | Disqualifying Answers on Juror Questionnaire |
|---|---|
| 57. Juror #302 | 1, 40, 60 |
| 58. Juror #304 | 40, 61 |
| 59. Juror #305 | 46, 53, 54, 60, 61 |
| 60. Juror #307 | 40, 58, 60, 61 |
| 61. Juror #312 | 29 |
| 62. Juror #313 | 42, 43, 53, 54, 60 |
| 63. Juror #317 | 38, 61 |
| 64. Juror #320 | 46, 53, 54, 56, 59 |
| 65. Juror #321 | 40 |
| 66. Juror #328 | 38, 61 |
| 67. Juror #334 | 38, 50, 60, 61 |
| 68. Juror #337 | 60, 61, 62 |
| 69. Juror #341 | 59, 64 |
| 70. Juror #346 | 58 |
| 71. Juror #348 | 30, 33, 38, 39, 40, 50, 51, 52, 53, 56, 57, 58, 60, 61 |
| 72. Juror #353 | 42, 44, 56 |
| 73. Juror #354 | 61 |
| 74. Juror #358 | 40, 51, 52, 58, 59, 60 |
| 75. Juror #369 | 2, 30, 37, 50 |
| 76. Juror #381 | 38, 40, 51, 56, 57, 59, 60, 61, 62 |
| 77. Juror #382 | 38, 39, 40, 42, 47, 56 |
| 78. Juror #394 | 40, 51, 52, 53, 54, 56, 57 |

| Juror Number | Disqualifying Answers on Juror Questionnaire |
| --- | --- |
| 79. Juror #401 | 40, 57 |
| 80. Juror #417 | 59, 61 |

Thank you for your consideration.

Respectfully Submitted,

/s/
Mia Eisner-Grynberg
Marissa Sherman
Samuel Jacobson
*Counsel for Halima Salman*

cc: all counsel of record (by ECF)