COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# CR24-0206
DATE: 10/22/26
PENGAD 800-631-6989

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

HALIMA SALMAN

*Defendant.*

**VERDICT FORM**
24-cr-00206 (NCM)

**COUNT ONE**
(Receipt of Military-Type Training
From a Foreign Terrorist Organization)

On the sole charge of receiving military-type training from a foreign terrorist organization, how do you find the defendant Halima Salman?

Not Guilty ______ Guilty ✓

Nadine Lancaster
Foreperson

10·27·2026.
Date