# Federal Defenders
# OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*


October 30, 2026

**By ECF and Email**
The Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Halima Salman, 24-CR-206 (NCM)**

Dear Judge Merle,

The defense respectfully writes on behalf of the parties to propose a schedule for post-trial motions. The parties have agreed upon the schedule set forth below.

- Defense Motions due December 10, 2026
- Government responses due January 14, 2026
- Defense replies due January 28, 2026

Thank you for your consideration.

Respectfully Submitted,

/s/
Mia Eisner-Grynberg
Samuel Jacobson
Marissa Sherman
*Counsel to Halima Salman*

cc: all counsel of record (by ECF)