Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

November 6, 2026

**By ECF and Email**
The Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Halima Salman, 24-CR-206 (NCM)**

Dear Judge Merle,

The defense respectfully requests that the Court hold the preparation of the Presentence Investigation Report ("PSR"), including the presentence interview of Halima Salman, in abeyance until the Court has resolved the post-trial motions.

On October 30, 2026, the parties jointly proposed a briefing schedule for post-trial motions. *See* ECF No. 272. The Court adopted the schedule and adjourned sentencing, previously set for February 27, 2027, *sine die*. The defense respectfully submits that deferring the PSR until the motions are decided would best conserve the resources of the Court, the Probation Department, and the parties. Moreover, holding the PSR in abeyance will not delay the proceedings. Because sentencing has been adjourned *sine die*, there is no pending disclosure deadline under Rule 32(e)(2). Once the post-trial motions have been fully litigated, Probation will have ample time to complete its investigation before any sentencing date the Court sets.

Thank you for your consideration.

Respectfully Submitted,

/s/
Mia Eisner-Grynberg
Samuel Jacobson
Marissa Sherman
*Counsel to Halima Salman*

cc: all counsel of record (by ECF)
United States Probation Officer Maxine Marquez